# EXHIBIT A

| IP Address | ISP | Date/Time (UTC) |
| --- | --- | --- |
| 108.0.134.144 | Verizon Online | 2011:03:16 08:32:09 PM |
| 174.67.195.186 | Cox Communications | 2011:03:17 01:53:27 AM |
| 174.77.55.98 | Cox Communications | 2011:03:23 04:39:38 AM |
| 24.23.0.127 | Comcast Cable Communications | 2011:03:16 04:54:24 AM |
| 24.23.164.149 | Comcast Cable Communications | 2011:03:16 04:54:24 AM |
| 24.94.5.226 | Road Runner | 2011:03:16 09:24:02 AM |
| 67.188.239.32 | Comcast Cable Communications | 2011:03:26 10:40:21 AM |
| 70.181.112.25 | Cox Communications | 2011:03:16 10:41:14 PM |
| 70.187.135.15 | Cox Communications | 2011:03:15 10:51:53 PM |
| 71.135.61.231 | AT&T Internet Services | 2011:04:11 06:17:33 PM |
| 71.141.250.169 | AT&T Internet Services | 2011:03:15 09:37:50 PM |
| 71.154.211.133 | AT&T Internet Services | 2011:03:18 01:18:57 PM |
| 72.67.7.38 | Verizon Online | 2011:03:17 11:21:03 AM |
| 75.142.60.133 | Charter Communications | 2011:03:19 11:26:40 AM |
| 75.37.2.55 | AT&T Internet Services | 2011:03:17 01:57:08 PM |
| 75.37.28.100 | AT&T Internet Services | 2011:03:16 04:01:59 PM |
| 76.170.120.192 | Road Runner | 2011:03:28 05:08:37 AM |
| 76.199.105.129 | AT&T Internet Services | 2011:03:17 09:49:29 PM |
| 76.93.189.132 | Road Runner | 2011:04:11 05:04:33 PM |
| 76.94.45.6 | Road Runner | 2011:03:16 01:16:27 AM |
| 96.41.35.80 | Charter Communications | 2011:03:18 07:38:17 AM |
| 98.148.115.81 | Road Runner | 2011:03:22 01:11:39 AM |
| 98.210.130.3 | Comcast Cable Communications | 2011:03:18 08:08:18 AM |