Brett L. Gibbs, Esq. (SBN 251000)
Steele Hansmeier PLLC.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MCGIP, LLC, | ) | **Case No.** |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **CORPORATE PARTY DISCLOSURE** |
| | ) | **STATEMENT AND CERTIFICATION OF** |
| DOES 1-21, | ) | **INTERESTED ENTITIES OR PERSONS** |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

**CORPORATE PARTY DISCLOSURE STATEMENT AND CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, by and through his attorney of

record, hereby submits that MCGIP, LLC. does not have a parent corporation that owns 10% or

more of its stock.

Pursuant to Northern District of California Local Rule 3-16, upon information and belief, the

undersigned believes there are no known persons, associations of persons, firms, partnerships,

corporations (including parent corporations), or other entities (other than the parties themselves) that

may have personal or affiliated financial interest in the subject matter in controversy, or any other

kind of interest that could be substantially affected by the outcome of the proceeding other than the

1   parties.   In other words, pursuant to L.R. 3-16, the undersigned certifies that as of this date, other

2   than the named parties, there is no such interest to report.

3

4                                       Respectfully Submitted,

5                                       Steele Hansmeier PLLC.

6

7   **DATED:  April 12, 2011**

8                       By:   _____

9                                Brett L. Gibbs, Esq. (SBN 251000)

10                              Steele Hansmeier PLLC.
                                    38 Miller Avenue, #263

11                              Mill Valley, CA 94941
                                    blgibbs@wefightpiracy.com

12                              *Attorney for Plaintiff*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CORPORATE AND INTERESTED PARTY DISCLOSURE                   Case No.